# Court of Appeals
# of the State of Georgia

ATLANTA, _September 13, 2013_

*The Court of Appeals hereby passes the following order:*

**A14A0026.  DARRELL EMORY JAMES v. THE STATE.**

In 2004, Darrell Emory James pled guilty to aggravated stalking and received a 10-year sentence, which he was permitted to serve on probation.  In 2012, the trial court revoked the balance of James's probation.  James then filed a pro se motion to vacate his sentence, arguing that his probation should not have been revoked.  The trial court denied his motion, and James filed this direct appeal.

Because the underlying subject matter of James's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _09/13/2013_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*